**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 04-1876**

—————

GERALDINE J. WILLIAMS,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, Secretary, U.S. Department
of Health and Human Services,

Defendant - Appellee.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-03-2084-8-AW)

—————

Submitted:  December 17, 2004        Decided:  January 10, 2005

—————

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

William J. Howard, HOWARD AND MARCUS, Hyattsville, Maryland, for
Appellant. Thomas M. DiBiagio, United States Attorney, Neil R.
White, Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Geraldine J. Williams appeals the district court's order granting defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Williams v. Thompson</u>, No. CA-03-2084-8-AW (D. Md. June 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>